452 A.2d 56

Commonwealth v. Kibler, Appellant.

Petition for Allowance of Appeal Granted April 27, 1983.

Submitted December 16, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The order of the learned Montgomery County Common Pleas Court President Judge Richard S. Lowe is affirmed.